# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>JONATHON KYLE RICHEY<br><br>    Debtor(s) | Chapter 13 Bankruptcy<br>No. 18-41023-MJH<br><br>ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR(S) |

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN and the Law offices of Brown and Seelye PLLC, is hereby allowed to withdraw as attorney of record for the debtor(s) in the above-entitled matter.

Pursuant to Local Bankruptcy Civil Rule 82.1.b the Debtors' address and telephone number is as follows: 18920 Melon St SW, Rochester, WA 98579, 360-523-4662

///end of order///

Presented By:

/s/ Ellen Ann Brown

_____
ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS          BROWN and SEELYE
                                                             Attorneys at Law
                                                             744 South Fawcett
                                                             Tacoma, WA 98402
                                                             253.573.1958
                                                             Fax 866-422-6196