Below is the Order of the Court.



Mary Jo Heston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

___

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Chapter 13 Bankruptcy |
| | No. 18-41023-MJH |
| JONATHON KYLE RICHEY | |
| Debtor(s) | ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR(S) |

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN and the Law offices of Brown and Seelye PLLC, is hereby allowed to withdraw as attorney of record for the debtor(s) in the above-entitled matter.

Pursuant to Local Bankruptcy Civil Rule 82.1.b the Debtors' address and telephone number is as follows: 18920 Melon St SW, Rochester, WA 98579, 360-523-4662

///end of order///

Presented By:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS

BROWN and SEELYE
Attorneys at Law
744 South Fawcett
Tacoma, WA 98402
253.573.1958
Fax 866-422-6196